UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV 20-10860-FLA(JPRx) | Date | June 25, 2021 |
| Title | Rhonda Mills v. Rescare Workforce Services, et al. | | |

Present: The Honorable     FERNANDO L. AENLLE-ROCHA
UNITED STATES DISTRICT JUDGE

| Daisy Rojas for V.R. Vallery | Sherri Kleeger |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Travis Maher | Phil Montoya Jr. |

**Proceedings:**     **PLAINTIFFS MOTION TO REMAND PURSUANT TO 28 U.S.C. § 1447 [11]**

The hearing is held. Counsel make their appearances. The Court and counsel confer. For reasons stated on the record, Mr. Travis Maher is granted leave to appear on behalf of plaintiff and is ordered to file their Notice of Appearance (Form G-123) by Monday, June 28, 2021.

Following discussions with counsel, the motion is taken under submission and a written order will issue.

| | 00 | : | 32 |
|---|---|---|---|
| Initials of Preparer | dr | | |